IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LIBAN M. ADAN,

              Plaintiff,

    vs.

DAWSON COUNTY SHERIFF DEPUTY, DIRECTOR OF DISMAS CHARITIES, HUDSON F, unit Case Manager FCI Pollock; B.M. BAILEY, Unit Team Manager FCI Pollock; AMY M. BOULWARE, Warden FCI Pollock; and D. COLBERT, Regional Director BOP;

              Defendants.

**8:26CV67**

**MEMORANDUM AND ORDER**

Plaintiff Liban M. Adan, a non-prisoner,[1] filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

---

[1] Plaintiff indicated in his Complaint that he was released from the Bureau of Prisons' custody and is now in the Pine Prairie ICE Processing Center pursuant to an immigration detainer. Filing No. 1 at 3–4; *see also* Filing No. 2 at 1 (indicating Plaintiff held at Pine Prairie ICE Processing Center).

Dated this 23rd day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2